ORIGINAL

FILED

07 NOV -6 AM 10: 49

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF  )<br>)<br>2311 UNION STREET, APT. E  )<br>SAN DIEGO, CA  )<br>)<br>)<br>_____ ) | Case No. 07MJ2574<br><br>ORDER TO UNSEAL |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the search warrant, the application and affidavit for search warrant, and the sealing order shall be unsealed.

SO ORDERED.

DATED: 11/5/07

HONORABLE WILLIAM McCURINE, JR.
United States Magistrate Judge

Presented by:

KAREN P. HEWITT
United States Attorney

TIMOTHY F. SALEL
Assistant U.S. Attorney